**Order entered March 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00204-CR

**RAFAEL ARTURO DIAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80520-2020**

### ORDER

Appellant filed a timely pro se notice of appeal in this case and asked for the appointment of counsel.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court

shall determine whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a supplemental record containing any written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** District Clerk Lynne Finley to file a supplemental clerk's record containing the appointment of counsel within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; to Lynne Finley, Collin County District Clerk; and to the Collin County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated when the supplemental clerk's record is filed, the Court is notified that appellate counsel has been appointed, or the Court otherwise deems it appropriate to do so.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE